IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00022-RPM-MJW

REBECCA MICHAEL,

    Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: February 7, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior Judge